BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
Domestic Security & Immigration
  Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3989
     Facsimile: (213) 894-0141
     E-mail:    joseph.tursi@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-03414-DUTY-1 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| SERGIO GUERRA-VICENTE, | |
| Defendant. | |

The Court has read and considered the United States' Motion to Dismiss Without Prejudice Indictment Against Defendant Sergio Guerra-Vicente pursuant to Federal Rule of Criminal Procedure 48(a). Finding good cause therefore and that dismissal is in the interests of justice, the Court hereby GRANTS the MOTION and ORDERS as follows:

1.   The indictment is hereby DISMISSED without prejudice as to defendant Sergio Guerra-Vicente.

//

//

   2.   Defendant's bond is exonerated.

   IT IS SO ORDERED.

07/11/2025
DATE

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

Presented by:

   /s/ *Joseph W. Tursi*
JOSEPH W. TURSI
Assistant United States Attorney